

## MKC LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

April 18, 2023

<u>Via ECF; Total Pages: 1</u>
Hon. Katherine Polk Failla, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

    Re:    Norris v. Fancy Juice Bar Inc. et al
              Docket No. 1:23-cv-01398-KPF

Dear Judge Failla:

    This office represents defendant MADS, LLC in the above-referenced matter. I am writing to respectfully request an adjournment of the Initial Pretrial Conference scheduled for May 25, 2023 at 10:00 a.m. I have a previously scheduled meeting which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and they consent to this adjournment request. The parties respectfully submit May 29 and May 30 at 10:00 a.m. for the court's consideration for rescheduling. This is the first request for adjournment in this matter.

    Thank you for your kind consideration and courtesies in regard to this matter.

                              Respectfully submitted,

                              *Michael K. Chong*

                              Michael K. Chong, Esq.

MKC/nh
cc: Plaintiff's counsel (via ECF)

Application GRANTED.  The initial pretrial conference currently scheduled for May 25, 2023, is hereby ADJOURNED to **May 30, 2023, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:     April 18, 2023                    SO ORDERED.
           New York, New York

                                             HON. KATHERINE POLK FAILLA
                                             UNITED STATES DISTRICT JUDGE